NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRK TECHNOLOGY LLC,**
*Appellant*

**v.**

**SNAP INC.,**
*Appellee*

---

2022-1284, 2022-1285

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00819, IPR2020-00820.

---

## JUDGMENT

---

VINCENT J. RUBINO, III, Fabricant LLP, Rye, NY, argued for appellant.  Also represented by ALFRED ROSS FABRICANT, ENRIQUE WILLIAM ITURRALDE, PETER LAMBRIANAKOS.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for appellee.  Also represented by REUBEN H. CHEN, BENJAMIN S. LIN, ANDREW CARTER MACE, MARK R. WEINSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court